

**Workforce Health**

Workforce Health Occupational Medicine Clinic

## WORK STATUS REPORT

Employee: Laquana C BeverlyFitzgerald
DOB: █████
Employer: MPS
Date of Injury/ Illness: 5/25/2022
Work-relatedness: Work Related .
Diagnosis:
Traumatic injury of head, initial encounter
Acute hip pain, left
Acute pain of left shoulder due to trauma
Progress: Initial Contact

**Patient/Employer Medical Recommendations:** Is unable to return to work due to pain
and head trauma. She will be cleared for return to work (possibly with restrictions after
being seen on 5/26). .
**Disposition:** Re-evaluation date is 5/26/2022 at Tosa Health Center - 1155 North
Mayfair Road, 1st floor, Wauwatosa, WI 53226. Phone: 414-955-5990.

☐ May perform current regular job duties.

Medical Provider / Physician:  Jennifer L Good, MD

Location:  Tosa Health Center - 1155 North Mayfair Road, 1st floor, Wauwatosa, WI
53226. Phone: 414-955-5990

**EMPLOYEE AUTHORIZATION**
I understand that work-related medical information may be released to my employer or
employer's representative. I understand that restrictions apply both on and off duty but
do not prevent me from performing reasonable self cares or prescribed exercises.

_(signature)_                                        Date: 05 1 05 1 2022

_Electronically signed by:  Jennifer L Good, MD  5/25/2022 12:57 PM_

Laquana C BeverlyFitzgerald    MR#: 2123507



**Workforce Health**

Workforce Health Occupational Medicine Clinic

## WORK STATUS REPORT

Employee: Laquana C BeverlyFitzgerald
DOB:
Employer: MPS
Date of Injury/ Illness: 5/25/2022
Work-relatedness: Work Related
Diagnosis:
Acute hip pain, left
Traumatic injury of head, subsequent encounter
Strain of lumbar region, subsequent encounter
Acute pain of left shoulder due to trauma
Facial laceration, subsequent encounter
Progress: Resolved

**Patient/Employer Medical Recommendations:** May return to work without restrictions.
**Disposition:** Discharge from medical care for this problem.

☐ May perform current regular job duties.

Medical Provider / Physician: Jennifer L Good, MD

Location: Tosa Health Center - 1155 North Mayfair Road, 1st floor, Wauwatosa, WI
53226. Phone: 414-955-5990

**EMPLOYEE AUTHORIZATION**
I understand that work-related medical information may be released to my employer or
employer's representative. I understand that restrictions apply both on and off duty but
do not prevent me from performing reasonable self cares or prescribed exercises.

_(signature)_ Date: 06 / 09 / 22

*Electronically signed by: Jennifer L Good, MD 6/7/2022 8:11 AM*

Laquana C BeverlyFitzgerald     MR#: 2123507


Workforce Health Occupational Medicine Clinic

## WORK STATUS REPORT

Employee: Laquana C BeverlyFitzgerald
DOB:
Employer: MPS
Date of Injury/ Illness: 5/25/2022
Work-relatedness: Work Related
Diagnosis:
Traumatic injury of head, subsequent encounter
Contusion of left lower extremity, subsequent encounter
Acute hip pain, left
Strain of left shoulder, subsequent encounter
Contusion of right shoulder, subsequent encounter
Progress: Improving

**Patient/Employer Medical Recommendations:** May return to work today subject to
the following terms: -No lifting, carrying, pushing, or pulling over 10 lbs.
-Change position as needed for comfort.
-Minimal reaching or overhead work.
**Disposition:** Re-evaluation date is 6/7/2022 at Tosa Health Center - 1155 North Mayfair
Road, 1st floor, Wauwatosa, WI 53226. Phone: 414-955-5990.

☐ May perform current regular job duties.

Medical Provider / Physician:  Jennifer L Good, MD

Location:  Tosa Health Center - 1155 North Mayfair Road, 1st floor, Wauwatosa, WI
53226.  Phone: 414-955-5990

### EMPLOYEE AUTHORIZATION
I understand that work-related medical information may be released to my employer or
employer's representative. I understand that restrictions apply both on and off duty but
do not prevent me from performing reasonable self cares or prescribed exercises.

Date: 05 / 31 / 22

*Electronically signed by: Jennifer L Good, MD  5/31/2022 8:20 AM*
Laquana C BeverlyFitzgerald    MR#: 2123507

# AFTER VISIT SUMMARY



**Laquana C. BeverlyFitzgerald** DoB: ▮
📅 5/25/2022 11:30 AM  📍 External Employer Occupational Medicine, Tosa Health Center 262-253-5150

---

## Instructions from EXOCCMEDTOSA, CLINIC

Instructions:

1. Use tylenol 1000 mg (2 extra strength) three times daily for next 24 - 48 hours.
2. Ice to eye, shoulder, left leg.
3. No driving until seen in follow up.
4. Please have someone available with you overnight.
5. Wash laceration with soap and water twice daily - no creams or ointments - it will dissolve the tissue glue.
6. For nausea, vomiting, severe headache, alteration in mentation (confusion, sleepiness) go to ED.
7. Start cortef tablets one twice daily (take one when you go home).
8. Follow up tomorrow, Thursday, May 26, 2022


## Read the attached information
1. Tissue Adhesive Wound Care  Easy-to-Read (English)
2. Head Injury  Adult  Easy-to-Read (English)

## Referrals made today
AMB Endocrinology Referral

CT Head W/O Cont
Scheduled for 5/25/2022

CT Facial Bones W/O Cont
Scheduled for 5/25/2022

## What's Next

MAY **Worker's Comp Patient with**
26 **EXOCCMEDTOSA, CLINIC**
2022 Thursday May 26 8:00 AM

External Employer
Occupational Medicine,
Tosa Health Center
1155  N MAYFAIR RD
WAUWATOSA WI 53226
262-253-5150

**What You Need to Know About Lab and Test Results**

---

## Today's Visit

You were seen on Wednesday May 25, 2022. The following issues were addressed: Traumatic injury of head, initial encounter; Acute hip pain, left; Acute pain of left shoulder due to trauma; and Panhypopituitarism.

 Blood Pressure
110/65

 Pulse
64

### ➕ Done Today
DX Hip Left 2-3 V SS for Acute hip pain, left

DX Shoulder Left 2 V Min SS for Acute pain of left shoulder due to trauma

## MyChart Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://register.my.froedtert.com/activate/, click "Sign Up Now", and enter your personal activation code: **N9KH5-WX6GT-8WR8K**. Activation code expires 7/24/2022.

---

# AFTER VISIT SUMMARY



## Laquana C. BeverlyFitzgerald DoB: ▮▮▮▮

📅 6/7/2022 8:00 AM  📍 External Employer Occupational Medicine, Tosa Health Center 262-253-5150

---

## Instructions from EXOCCMEDTOSA, CLINIC

Instructions:

1. May return to work without restrictions.
2. Continue tylenol as needed for pain.
3. Call if concerns arise.
4. Discharge from care of these conditions - please establish primary care physician.

---

## Today's Visit

You were seen on Tuesday June 7, 2022. The following issues were addressed:

- Acute hip pain, left
- Traumatic injury of head, subsequent encounter
- Strain of lumbar region, subsequent encounter
- Acute pain of left shoulder due to trauma
- Facial laceration, subsequent encounter

## What's Next

You currently have no upcoming appointments scheduled.

### What You Need to Know About Lab and Test Results

- If you had labs and/or tests done, you will receive your results via MyChart. You can access MyChart through the Froedtert & MCW mobile app or online at *froedtert.com/mychart*.
- To help you stay as informed as possible, we send results when they are final, which may be before your provider has reviewed them. Your provider may wait for more tests or information before adding comments or contacting you directly. Please ask your provider when you should expect to hear from them.
- You can choose to view your results as soon as they are sent or wait to discuss them with your provider – whatever makes you most comfortable.

---

## MyChart Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://register.my.froedtert.com/activate/**, click "Sign Up Now", and enter your personal activation code: **N9KH5-WX6GT-8WR8K**. Activation code expires 7/24/2022.

---

## Head Injury, Adult



There are many types of head injuries. They can be as minor as a small bump. Some head injuries can be worse. Worse injuries include:

- A strong hit to the head that shakes the brain back and forth, causing damage (*concussion*).
- A bruise (*contusion*) of the brain. This means there is bleeding in the brain that can cause swelling.
- A cracked skull (*skull fracture*).
- Bleeding in the brain that gathers, gets thick (makes a *clot*), and forms a bump (*hematoma*).

Most problems from a head injury come in the first 24 hours. However, you may still have side effects up to 7–10 days after your injury. It is important to watch your condition for any changes. You may need to be watched in the emergency department or urgent care, or you may need to stay in the hospital.

## What are the causes?

There are many possible causes of a head injury. A serious head injury may be caused by:

- A car accident.
- Bicycle or motorcycle accidents.
- Sports injuries.
- Falls.
- Being hit by an object.

## What are the signs or symptoms?

Symptoms of a head injury include a bruise, bump, or bleeding where the injury happened. Other physical symptoms may include:

- Headache.
- Feeling like you may vomit (*nauseous*) or vomiting.
- Dizziness.
- Blurred or double vision.
- Being uncomfortable around bright lights or loud noises.
- Shaking movements that you cannot control (*seizures*).
- Feeling tired.
- Trouble being woken up.

# Tissue Adhesive Wound Care

Some cuts and wounds can be closed with skin glue (*tissue adhesive*). *Skin glue holds the skin together and helps your wound heal faster. Skin glue goes away on its own as your wound gets better. It is important to take good care of your wound at home while it heals.*

## Follow these instructions at home:

**Wound care**

- If a bandage (*dressing*) was put on the wound, keep it clean and dry.
- Follow instructions from your doctor about how often to change the bandage.
    - Wash your hands for at least 20 seconds with soap and water before and after you change your bandage. If you cannot use soap and water, use hand sanitizer.
    - Change the bandage as often as told by your doctor.
    - Leave skin glue in place. It will fall off on its own after 7–10 days.
- **Do not scratch, rub, or pick at the skin glue.**
- **Do not put tape over the skin glue. The skin glue could come off when you take the tape off.**
- Protect the wound from another injury.
- Check your wound area every day for signs of infection. Check for:
    - More redness, swelling, or pain.
    - Fluid or blood.
    - Warmth.
    - Pus or a bad smell.



Normal wound          Infected wound



**Bathing**

- **Do not take baths, swim, or use a hot tub until your doctor approves. You may only be allowed to take sponge baths. Ask your doctor if you may take showers.**
    - Showers are usually allowed 24 hours after treatment.
    - Cover the dressing with a watertight covering when you take a shower.
- **Do not soak the area where skin glue has been used.**
- **Do not use soaps or creams on your wound.**

**Eating and drinking**

- Eat healthy foods to help the wound heal. As told by your doctor, eat a diet that includes protein, vitamin A, vitamin C, and other nutrients. You should eat:
    - Foods rich in protein. These include meat, fish, eggs, dairy, beans, and nuts.
    - Foods rich in vitamin A. These include carrots and dark green, leafy vegetables.

Hagedorn, Beverly-Fitzgerald
3514 N 61st Street
Milwaukee, WI 53216

CERTIFIED MAIL

7020 1810 0000 0223 3481

53703-430699

Attorney General/State Capitol
114 East, State Capitol
Madison, WI 53708

1000

53707

U.S. POSTAGE PAID
FCM LETTER
MILWAUKEE WI
53216
JUN 07, 22
AMOUNT
R2305H127318-34
$4.33

★ U S A ★ FOREVER ★

RECEIVED
JUN 13 2022
Wisconsin Dept of Justice
Division of Legal Services

Laquana Beverly-Fitzgerald
3519 N 61st Street
Milwaukee, WI 53216
B_laquana@yahoo.com

JULY 06, 2022

Josh Kaul
Attorney General
17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

## REBUTTAL TO A PARTIAL AND BIAS DECISION

In regards: to Laquana Beverly-Fitzgerald VS. The Milwaukee Board of School Directors et al.

Claimant states that the Attorney General and his agents were in adherence to the Color of State Law when he made his decision to deny claimants Notice of Injury Claim on June 27, 2022. In conjunction with prohibition of Chicane. The decision rendered by the Attorney General's office was in violation and an abuse of discretion of an Attorney General's legal obligations to be impartial and unbiased based upon the same legal standards as an agent of the Court.

This official document is prepared by an Amicus Curiae not appointed in the official capacity appointed by the Court but has a vast experience of knowledge of legal aspects and is not a novice and this Amicus Curiae is acting within the realm and scope of jurisprudents as an impartial intervener in accordance with Salmon LJ in Allen V. 53 Alfred Mc Alpine & Sons Ltd [1968] 2 QB 229 at p. 266 FG.

Under the pivotal provisions of Modica V. Vernhulst , 195 Wis 2d 633, 640, 536 N.W. 2d 466 (Ct App. 1995}. The Attorney General's actual notice of the circumstances of a claim has no bearing on whether the claimant strictly complies with the statue. The claimant strictly adhered to the provisions of 893.82 of the Wisconsin Statues, she stated in her Notice of Injury claim the named respondent see highlighted attachment the claimant named respondents Milwaukee Board of School of Directors and its subordinates.

The Attorney General and his agent's acted contrary to their duties and obligatory responsibilities as counsel of State Government and agency and legislatures who has a vested interest in representing the public interest in the State. Claimant's Notice of Injury claim is Prima Facie and in accordance with State Statue 893.82 and should not have been denied

I hereby state that the information above is true,

To the best of my knowledge. I also confirm that

The information here is both accurate and complete,

And relevant information has not been omitted.

Respectfully Submitted by:

SIGNITURE:

_____

LAQUANA BEVERLY-FITZGERALD

Date:

07/06/2022

Notary Public:

State of Wisconsin

Sworn to ne before this day of _____ 2022

_____



Wisconsin Department of Justice
DJ-LS-25 (Rev. 2/11)

## STATE OF WISCONSIN
## NOTICE OF INJURY AND CLAIM
Pursuant to Wis. Stat. Section 893.82

This notice must be served upon the Attorney General by certified mail within 120 days of the event giving rise to the claim for such injury, damage or death at 114 East, State Capitol, Madison, Wisconsin 53707-7857.

| Claimant's Name | |
|---|---|
| Laquana Charity Beverly-Fitzgerald | |
| Address | Phone |
| 3519 N 61st Street  Milwaukee, WI 53216 | 414-807-7960 |
| Time and Date of Occurrence | Location |
| 8:30 AM  May 25, 2022 | Rogers Street Academy 2430 W Rogers Street Milwaukee, WI 53204 |

Statement of Circumstances Giving Rise to the Claim for Such Injury, Damage or Death and Names of Persons Involved, Including Name(s) of State Officer(s), Agent(s) or Employee(s).

The above forementioned claimant brings this notice pursuant to Wisconsin Statues $893.82$ with the aspiration of showing ineptness and a calous disregard for her safety and well being in her official capacity as an Engineer 1 employed for the Milwaukee Public Schools. The respondents to this claim are in their official capacity The Milwaukee School Board of Directors and subordinates in there official capacity as respondents. On or approximately May 26, 2022 at 8:30 a.m. We were moving portable stages weighed 300 lbs. from the lower level too the first floor gym. There where multiple parts to the stage. Upon entering the elevator with the last part of the stage upon exiiting the elevator to the first floor I proceeded down the hall towards the gym as I approached the gym I was assisted by a teacher pulling the front part of the stage in, then the teacher departed while I was left in the middle of the floor with the stage. Upon moving the stage towards the wall it the miraculously fell on top of me crushing my upper left thigh causing lacerations to my left eye and bruises and also crushing my left shoulder. Upon falling to the floor I lost consciousness for a fraction of a second I was then waken by a nurse I was a little lathargic from losing consciousness she immediately rushed me to her office and she cleaned me up because there was blood all over my face.

There was no ambulance called on site by my peers or administration they subjected me to transporting myself to the hospital while causing a possible safety vehicular hazard with the use of one leg and one eye.

(If additional space is needed, continue on backside of this notice form.)

I certify that the above-described injury, damage or death actually occurred, that I have read the above foregoing notice of injury and claim, and that the same is true to my own knowledge except as to those matters stated upon information and belief and as to those matters, I believe the same to be true.

Date:  06/07/2022                    _____
                                     Signature of Claimant

Subscribed and sworn to before me
this 07 day of June , 2022.

_____
Notary Public, State of Wisconsin
Commission: 02-11-2024

ALAINA LAWSON
Notary Public
State of Wisconsin

# Equal Rights Division
# Bureau of Investigations

819 North 6th Street, Room 723

Milwaukee, WI 53203

Phone: (608)-405-4002

Fax: (414)-227-4084

This inquiry is from Laquan Beverly-Fitzgerald email address is
b_laquana@yahoo.com. This near-death experience occurred in May 25
of 2022 and the Administration of Milwaukee Public Schools mis-
handled and infringed upon my inalienable rights. I haven't heard
anything from your office regarding to my investigations. I can't seem to
locate my case number. Can you please reach out to me at your earliest
possible convenience to assure me that my case is advancing and these
violations aren't going unnoticed?

Respectfully Submitted By:

_____

Laquana Beverly-Fitzgerald

Dated this 25th day of July 2022

**Department of Workforce Development**
**Equal Rights Division**
819 N. 6th Street Rm 723
Milwaukee, WI 53203
Telephone: (414) 227-4384
Fax: (414) 227-4084



**STATE OF WISCONSIN**

Department of Workforce Development

**Tony Evers**, Governor
**Amy Pechacek**, Secretary-designee

January 19, 2023

LAQUANA C BEVERLY FITZGERALD
3519 NORTH 61ST STREET
MILWAUKEE WI 53216

RE: LAQUANA C BEVERLY FITZGERALD vs. MILWAUKEE BOARD OF SCHOOL DIRECTORS

ERD Case No.: CR202201638

VIA Electronic Mail
B_LAQUANA@YAHOO.COM

Dear LAQUANA C BEVERLY FITZGERALD,

The Equal Rights Division received your complaint against MILWAUKEE BOARD OF SCHOOL DIRECTORS on . We will not be able to process your charge without the following information:

Section 5: tell us why you believe you were discriminated against because of the basis you listed in section 3.

A copy of your complaint form is being returned to you along with a new form. You must complete the new form, following the directions above, and return it to me in the self-addressed envelope within 30 days of the date of this letter.

Your complaint cannot be accepted at this time. If you do not respond by providing the information requested in this letter within 30 days of the date of this letter, your complaint will be dismissed.

If you have questions, please contact me by phone or email.

Sincerely,

Amy Russell
Equal Rights Officer
Telephone: 414-227-4010
Email: amy.russell@dwd.wisconsin.gov

# Discrimination Complaint
## Wisconsin Fair Employment Law
Wis. Stat. §§ 111.31-111.395

ERD Case #
CR202201638

..rm is provided under Wis. Stat. § 111.39(1).

..ion you provide may be used for secondary purposes [Privacy Law, Wis. Stat. § 15.04(1)(m)].

..overs discriminatory actions alleged under §§ 111.322(1), (2), and (3) of the Wisconsin Fair Employment

. Discriminatory actions alleged under § 111.322(2m) must be filed using form ERD-18359, "Retaliation Complaint"

## 1. Complainant Information

| | | |
|---|---|---|
| First Name | | |
| LAQUANA | | |
| Middle Initial | | |
| C | | |
| Last Name | | |
| BEVERLY FITZGERALD | | |
| Street Address/PO Box | | |
| 3519 NORTH 61ST STREET | | |
| City | State | Zip Code |
| MILWAUKEE | WI | 53216 |
| Telephone Number | | |
| (414) 807-7960 | | |
| E-Mail Address | | |
| B_LAQUANA@YAHOO.COM | | |
| Date of Birth | | |

## 2. Respondent Information

The **company**, agency, or union you believe discriminated against you. Name only **ONE** Respondent per form. *Do not name an individual person as Respondent.*

| | | |
|---|---|---|
| Name | | |
| MILWAUKEE BOARD OF SCHOOL DIRECTORS | | |
| Street Address/PO Box | | |
| 734 WEST WALNUT STREET | | |
| City | State | Zip Code |
| MILWAUKEE | WI | 53212 |
| Telephone Number | | |
| (414) 475-8071 | | |

In what Wisconsin **county** did the violation take place?
MILWAUKEE

## 3. CHECK ONLY THE BOXES THAT WERE THE REASON FOR DISCRIMINATION

If you checked a box with an \*, the statement in that box **must** be completed.
I believe the Respondent discriminated or took action against me **because**

| | | |
|---|---|---|
| ■ of my race * which is<br><br>BLACK OR AFRICAN AMERICAN | of my age (40 or older) *<br>my date of birth is | of my marital status *<br>which is |
| of my color * which is | of my conviction record | of my military service |
| of my national origin/ancestry *<br>which is | of my arrest record<br>of my sexual orientation *<br>which is | of my use or nonuse of lawful products<br>of genetic testing |
| of my sex * which is | of my creed/religion * which is | of polygraph testing |
| of my pregnancy or maternity | | I filed a previous discrimination complaint with Equal Rights or testified or assisted with a discrimination complaint. ER Case # CR |
| of my disability * which is | I declined to attend a meeting or to participate in a communication about religious matters or political matters. | |

I opposed discrimination in the workplace (refer to instruction 2(c) on p. 2 of this form)

| | |
|---|---|
| The Respondent printed or circulated, advertised or published a discriminatory statement | The Respondent used a discriminatory application or made a discriminatory inquiry about prospective employment |

## 4. Dates of discrimination (Required; estimate if unsure)

| | |
|---|---|
| Date the discrimination began? mm/dd/yyyy<br>05/25/2022 | Date of the most recent discrimination? mm/dd/yyyy<br>06/13/2022 |

■ My employment was terminated on (if applicable)  05/08/2022

Case 2:23-cv-00182-JPS    Filed 02/09/23    Page 14 of 27    Document 1-2

1

# EQUAL RIGHTS COMPLAINT PROCESS INFORMATION SHEET

Please complete and return this sheet with your completed complaint. This information is necessary to process your complaint effectively.

| Complainant First Name | Middle Initial | Last Name |
|---|---|---|
| LAQUANA | C | BEVERLY FITZGERALD |

Current Date
06/15/2022

Complainant Date of Birth (requested for identification purposes) mm/dd/yyyy

**Contact Information (Important! The Complainant must notify the Equal Rights Division, if there is a change of address or telephone number. If we are unable to locate the Complainant, the complaint may be dismissed.)**

Is there a telephone number where you can be reached between 7:45 a.m. & 4:30 p.m.?   Yes   ■ No

If yes, provide the area code and telephone number

Please provide the name, address, and telephone number of someone who does not reside with you but who will know where to reach you.

Contact Person Name
DONALD MCEUENS

Relationship to You
FRIEND

| Street Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|
| 2904 WEST WELLS STREET 205 | MILWAUKEE | WI | 53208 | (414) 574-6130 |

Contact Email Address

## Employer Information

Approximate number of employees at all of the employer's work locations
Less than 15     15-100     101-200     201-500     ■ More than 500

Type of Business
PUBLIC ELEMENTARY/SECONDA■

Does another company own the employer?
Yes     ■ No     Not Sure

If yes, please provide the name of that company

## Filing with other Agencies

Have you filed a complaint in this matter with any other agency?
Yes     ■ No

If yes, name of agency    Date filed with the other agency

## Settlement Information

### Complete this section if the Complainant was or still is employed by the employer.

When were you hired?
04/11/2016

What was/is your job title?
ENGINEER 1

Are you still employed by the Respondent?
Yes     ■ No

### Complete this section if you are no longer employed by the employer.

How did the employment end?
Discharged  ■ Quit     Laid off     Retired     Other

Date Employment Ended
05/08/2022

Pay Rate at End
$48,000.00/YR

Hours per Week
40

If you were not promoted, what was the title of the position you applied for?

Rate of Pay
$0.00

Hours per Week

At this time, what are you seeking to settle the complaint?
$250,000 FOR DISCRIMINATION AND MENTAL ANGUISH

## Statistical Information

**Complainant Sex:**

FEMALE

**Complainant Race** (check appropriate box or boxes):

American Indian or Alaska Native     Native Hawaiian or Pacific Islander     ■ Black or African American
Asian     White     Unknown

National Origin:

## 5. Statement of discrimination:

Write a brief, concise statement explaining how you were discriminated against. Give the **date** each action occurred and the **name** of the person who took the action. Explain how each action(s) was related to the box(es) you checked in section #3 on page one.

ON MAY 25TH 2022 @ 8;30 A.M. AT ROGERS ACADEMY A 300LB. STAGE COLLAPSED ON CLAIMANT CRUSHING HER LEG AND FACE . CLAIMANT WAS RENDERED UNCONSCIOUS . THE NURSE APPEARED AND EXPEDITIOUSLY RUSHED THE CLAIMANT TO THE NURSES STATION BECAUSE THE NURSE SEEN THAT THE CLAIMANT WAS BLEEDING PROFUSELY FROM THE FACE. CLAIMANT WAS THEN TAKEN TO THE NURSES STATION TO CLEAN ALL THE BLOOD OFF HER FACE. CLAIMANT THEN FOLLOWED PROTOCOL AND CALLED THE MANAGER FOR THE DISTRICT AND THE MANAGERS REPLY WAS FILE WORKMAN'S COMPENSATION AND GET TO THE EMERGENCY ROOM. UNBEKNOWNST TO THE CLAIMANT THE RESPONDENT SHOWED CALLOUS DISREGARD  THE CLAIMANT HAD JUST EXPERIENCED A LIFE THREATENING INJURY. CLAIMANT WAS FORCED TO DRIVE HERSELF TO THE EMERGENCY ROOM WITH A CRUSHED LEG AND ONE EYE. THE MANAGER WAS EGREGIOUS BY HER VIOLATING PROTOCOL PER POLICIES AND PROCEDURE THAT ARE A SET OF PROMULGATED RULES AND REGULATIONS THAT GOVERN WORKMAN'S COMPENSATION.  PER POLICY AND PROCEDURE THE MANAGER COMMITTED AN ACT OF MALFEASANCE IN REGARDS TO SUBSECTION C WORKMAN'S COMPENSATION PAGE 41 EXCERPTS TAKEN FROM THE ADMINISTRATIVE POLICIES AND PROCEDURE MANUAL. WHICH STATES AN EMPLOYEE WHO IS INJURED IN THE COURSE OF EMPLOYMENT MUST REPORT THE INJURY TO THE SUPERVISOR, WHICH THE CLAIMANT DID. THEN VIA PHONE TO THE DISTRICT THIRD PARTY CALL THE CLAIMS ADMINISTRATOR GALLAGHER BASSETT. THE MANAGER DIDN'T FILE ANY PAPERWORK TO ENSURE CLAIMANT'S RIGHTS WERE PROTECTED FOR HER CLAIM OF WORKMAN'S COMPENSATION. THE HOSPITAL EMERGENCY ROOM OFFICIALS AT FROEDTERT HAD TO CLOSELY MONITOR CLAIMANT TO ASSURE THEM THAT SHE DIDN'T HAVE BLOOD ON HER BRAIN THAT WAS DO TO A PAST TUMOR ON HER BRAIN IN 1990. THIS TUMOR LEFT THE CLAIMANT LEGALLY BLIND IN THE LEFT EYE. SUBSEQUENTLY THAT IS THE SAME EXACT EYE THAT TRAUMA WAS CAUSE TO HER EYE ON THE MORNING OF MAY 25TH 2022. THE MANAGER'S OVERT BLATANT DISCRIMINATION AGAINST THE CLAIMANT AND HER VIOLATION OF NOT FOLLOWING PROTOCOL AND CALLOUS DISREGARD FOR HUMAN LIFE IS REPREHENSIBLE.

## 6. Certification and Signature

By my signature below, I certify that I have read the above complaint, and, under penalties of law, I declare that this complaint is true and correct to the best of my knowledge and belief.  I understand that this complaint is an open record and may be provided to the employer or others under the provisions of Wisconsin's Open Records Law.

**Signature of Complainant or authorized representative**　　　　**Date signed**

COMPLAINT FILED ELECTRONICALLY　　　　　　　　　　　　6/15/2022 1:40:51 AM

**Please complete Equal Rights Process Information Sheet on Page 4**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Laquana C. Beverly | |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Milwaukee Board Of School Directors | |

**SERVE AT** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Milwaukee Board Of School Directors

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

5225 West Vliet Street Milwaukee, Wisconsin 53208

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| Laquana C. Beverly 3519 North 61st Street Milwaukee, Wisconsin 53216 | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin  ▼

| | |
|---|---|
| Laquana C Beverly | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. |
| Carrie Ludwig, Milwaukee Board of School Directors. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)*  Laquana C Beverly                                      recover from the
defendant *(name)*       Carrie Ludwig, Milwaukee Board of School Directors.              the amount of
                                                    dollars ($    750.000  ), which includes prejudgment
interest at the rate of     8.50    %, plus post judgment interest at the rate of   2.05    % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
                                    recover costs from the plaintiff *(name)*

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge                                          presiding, and the jury has
rendered a verdict.

☐ tried by Judge                                          without a jury and the above decision
was reached.

☐ decided by Judge                                          on a motion for

Date:                                     *CLERK OF COURT*

                                    _____
                                    *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin ☐

| | |
|---|---|
| Laquana C Beverly | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| Carrie Ludwig, Milwaukee Board Of School Directors, et., al In their official Capacity as defendants. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:            Carrie Ludwig

*(Name of person to whom this subpoena is directed)*

☑ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: 517 E Wisconsin Ave. <br> Milwaukee, Wi 53202 | Date and Time: <br> 02/27/2023 10:26 am |
|---|---|

The deposition will be recorded by this method:    Via under oath of court steongrapher

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: Any and all incident reports of subsequent event on May 25, 2022 at Rogers Academy

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

           *CLERK OF COURT*

                                     OR

_____        _____

      *Signature of Clerk or Deputy Clerk*                           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____

_____ , who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin ▼

| | |
|---|---|
| Laquana C Beverly | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| Carrie Ludwig, Milwaukee Board Of School Directors, et., al In their official Capacity as defendants. | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                      Milwaukee Board of School Directors

*(Name of person to whom this subpoena is directed)*

☑ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: 517 E Wisconsin Ave.<br>Milwaukee, Wi 53202 | Date and Time:<br>02/27/2023 10:26 am |
|---|---|

The deposition will be recorded by this method:    Via under oath of court steongrapher

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: Any and all incident reports of subsequent event on May 25, 2022 at Rogers Academy

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

                    *CLERK OF COURT*

                                                    OR

_____          _____
      *Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named individual as follows: _____

_____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin ▼

| | |
|---|---|
| Laquana C Beverly | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| Carrie Ludwig, Milwaukee Board of School Directors, et al., in their official capacity as defendants. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carrie Ludwig
1124 N 11th Street
Milwaukee WI, 53233

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Laquana C Beverly
3519 N 61st Street
Milwaukee, WI 53216

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



Order#:3361310132136 8

Fri Feb 03, 2023 11:58 AM

laquana beverly 4148077960

| Name | Qty | First | Last |
|------|-----|-------|------|
| 5x7 | 5 | | |





